UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| Case No. | **CV 25-3388 JGB (SP)** | Date | September 4, 2025 |
|---|---|---|---|
| Title | ***Allen Hammler v. A. Alvarez, et al.*** | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **Order (1) DISMISSING Plaintiff's Complaint (Dkt. No. 1); and (2) DIRECTING the Clerk to Close the Case (IN CHAMBERS)**

On April 17, 2025, incarcerated pro se plaintiff Allen Hammler ("Plaintiff") filed a complaint against defendants Alvarez, Jiminez, and Bernal (collectively, "Defendants"). ("Complaint," Dkt. No. 1.)

The same day, Plaintiff was alerted to a discrepancy with the filing of his complaint. ("Notice," Dkt. No. 2.) The Notice explained that Plaintiff failed to prepay the $405 in filing and administrative fees required to commence this civil action or file a properly supported Request to Proceed Without Prepayment of Filing Fees pursuant to 28 U.S.C § 1915(a) ("IFP Request"). (Id.) The Notice warned Plaintiff to pay the full filing fee or file an IFP Request within thirty days and that failure to do so may result in **dismissal of his Complaint.** (Id.)

To date, Plaintiff has failed to pay the filing fee or file an IFP Request. Accordingly, the Court **DISMISSES** the Complaint. The Clerk is ordered to close the case.

**IT IS SO ORDERED.**